```
 1  HEATHER E. WILLIAMS,
    Federal Defender
 2  RACHELLE BARBOUR, Cal. Bar # 185395
    Research and Writing Attorney
 3  Designated Attorney for Service
    OFFICE OF THE FEDERAL DEFENDER
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Requesting Appointment
    for MOHAMED T. AHMED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.F. 04-005269-LJO |
| Plaintiff, | APPLICATION AND ORDER APPOINTING COUNSEL |
| v. | |
| MOHAMED T. AHMED, | |
| Defendant. | |

MOHAMED T. AHMED through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, HEATHER E. WILLIAMS, Federal Defender, and RACHELLE BARBOUR, Research and Writing Attorney, to represent him in this case.

Mr. Ahmed was referred to the Federal Defender's Office by the United States Probation Office to assist him in filing a motion for early termination of his supervised release pursuant to 18 U.S.C.

§ 3583(e)(1). The Federal Defender's Office has received a financial affidavit that indicates that Mr. Ahmed qualifies for appointed counsel. The Federal Defender's Office is respectfully requesting appointment to represent Mr. Ahmed.

DATED: August 29, 2013

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ Rachelle Barbour

    _____
    RACHELLE BARBOUR
    Research and Writing Attorney

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

**Dated:** **August 30, 2013**    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE