**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No:   0972 1:04CR05269-001 |
| | ) | |
| **MOHAMED TAHER AHMED** | ) | |
| | ) | |

On June 4, 2009, the above-named was placed on Supervised Release for a period of 60 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:     October 18, 2013
           Roseville, California
           JAF:aph


           /s/ Michael A. Sipe
**REVIEWED BY:**     **MICHAEL A. SIPE
           Supervising United States Probation Officer**

**Re:  Ahmed, Mohamed Taher**
  **Docket No:    0972 1:04CR05269-001**
  **Report and Order Terminating Supervised Release**
  **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Mohamed Taher Ahmed be discharged from Supervised Release, and that the proceedings in the case be terminated.

Attachment:    Recommendation

cc:    First AUSA – Phillip Talbert

IT IS SO ORDERED.

  Dated:    **October 21, 2013**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE